IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02662-BNB

JUAN VIANEZ,

    Applicant,

v.

DISTRICT COURT FOR DENVER, CO,

    Respondent.

ORDER OF DISMISSAL

    Applicant, Juan Vianez, is in the custody of the United States Bureau of Prisons and currently is incarcerated at ADX in Florence, Colorado.  Mr. Vianez, acting *pro se*, initiated this action by filing a pleading titled, "Complaint/Order Disimprisonment Fed. R. Civ. P. 50 2241 Demand: Freedom," ECF No. 1.  On October 2, 2013, Magistrate Judge Boyd N. Boland entered an order construing the action as filed pursuant to 28 U.S.C. § 2241 and directed Mr. Vianez to cure certain deficiencies in the pleading.  Specifically, Magistrate Judge Boland directed Mr. Vianez to submit his claims on a Court-approved form used in filing § 2241 actions.  Magistrate Judge Boland also directed Mr. Vianez to submit a request to proceed pursuant to 28 U.S.C. § 1915 on a proper form along with a certified account statement showing the current balance in his trust fund account.

    Magistrate Judge Boland warned Mr. Vianez that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.  Rather than cure the deficiencies, Mr. Vianez has submitted four filings that are unresponsive to the October 2, 2013 Order to Cure.  Because Mr. Vianez has failed to comply with the

October 2 Order within the time allowed, the action will be dismissed without prejudice for failure to cure the deficiencies.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Vianez files a notice of appeal he must also pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies and for failure to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 13th day of November, 2013.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court